IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RESTORE INTEGRATIVE WELLNESS CENTER, LLC, et al.,** *Plaintiffs*, | : : : : | **CIVIL ACTION** |
| v. | : : | |
| **BOROUGH OF YEADON, et al.,** *Defendants*. | : : : | NO. 22-cv-02888 |

**O R D E R**

AND NOW, this **27th** day of **October 2022**, upon consideration of the Amended Complaint (ECF No. 14), it is hereby **ORDERED** that the pending Motion to Dismiss (ECF No. 13) is **DISMISSED as MOOT**.

It is further **ORDERED** that Defendants shall file their responsive pleading(s) to the Amended Complaint within fourteen (14) days of the date of this Order,[8] on or before **November 9, 2022 at Noon.**

BY THE COURT:

/s/ *Chad F. Kenney*
_____
**CHAD F. KENNEY, JUDGE**

---

[8] Plaintiffs attached a Certificate of Service to the Amended Complaint (ECF No. 14), stating that a true and correct copy of the Amended Complaint was served upon Defense Counsel, Robert P. DiDomenicis, Esquire, for all Defendants by electronic mail and U.S. Mail, postage prepaid.